IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James T. Dunn, | ) | C/A: 9:11-2446-JFA-BM |
| Plaintiff, | ) | |
| vs. | ) | CONSENT JUDGMENT |
| Michael J. Astrue, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon consideration that Plaintiff, James T. Dunn, and Defendant, Michael J. Astrue, agree to the entry of this consent judgment, it is ORDERED as follows:

1. This Court has jurisdiction over the subject matter of this action.

2. Judgment is hereby entered in favor of Plaintiff and against Defendant on Plaintiff's claim.

3. Defendant will pay Plaintiff $334.87 in attorney fees (1.9 hours x $176.25/hr) and $17.37 in costs pursuant to the Equal Access to Justice Act (EAJA).

4. This case is closed.

IT IS SO ORDERED.

December 19, 2011                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                              United States District Judge